appellants perfect the appeal for the March term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Kapper, Carswell, Scudder and Davis, JJ.

NEW YORK TITLE AND MORTGAGE COMPANY, Respondent, v. POLK ARMS, INC., Appellant, and Others, Defendants.— Motion for leave to appeal to the Court of Appeals granted. The question to be certified is: Upon the facts set forth in the moving papers was the plaintiff entitled to the appointment of a receiver pending the foreclosure action notwithstanding the provisions of section 150 of the General Corporation Law? Motion for stay denied. Present — Lazansky, P. J. Kapper, Carswell, Scudder and Davis, JJ. [See ante, p. 852.]

ROBERT S. NIXON, Respondent, v. GILBERT WILSON, Defendant; BEACON TRANSPORTATION CORPORATION, Appellant.— Motion to dismiss appeal denied on condition that appellant perfect the appeal for the March term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Kapper, Carswell, Scudder and Davis, JJ.

WILLIAM E. O'DONNELL, Respondent, v. CHILDS COMPANY, Appellant.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Lazansky, P. J., Kapper, Carswell, Scudder and Davis, JJ.

HENRY L. PINES, Respondent, v. BROOKLYN AND QUEENS TRANSIT CORPORATION, Appellant.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Lazansky, P. J., Kapper, Carswell, Scudder and Davis, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. SALISBURY APARTMENT, INC. Respondent, v. JAMES J. SEXTON and Others, as Commissioners of Taxes and Assessments of the City of New York, etc., Appellants. (Taxes of 1931.) — Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Kapper, Carswell, Scudder and Davis, JJ.

CLARA ROSEN, Respondent, v. HARRY ROSEN, Appellant.— Motion to dismiss appeal denied on condition that appellant perfect the appeal for the February term (for which term the case is set down) and be ready for argument when reached, and upon the further condition that appellant pay respondent ten dollars costs within five days from service of a copy of the order herein; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Kapper, Carswell, Scudder and Davis, JJ.

ISAAC RUDOWITZ and STAR HEXAGON BOX CORPORATION, Appellants, v. WILLIAM CONESCU and LOUIS BLUMENSTOCK, Respondents.— Motion to dismiss appeal denied on condition that appellants perfect the appeal for the February term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Kapper, Carswell, Scudder and Davis, JJ.

OSCAR C. SEEBASS, Respondent, v. CALVIN T. GRAVES, Appellant.— Motion to dismiss appeal denied on condition that appellant perfect the appeal for the February term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Kapper, Carswell, Scudder and Davis, JJ.

THE ROBERT S. SMITH CORPORATION, Landlord, Respondent, v. SIMON SHAIN,